UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kevin Jack Hendrickson,<br><br>                     Petitioner,<br><br>   v.<br><br>Nancy Berryhill,<br>Acting Commissioner of Social Security,<br><br>                     Respondent. | Case No. 17-cv-4062 (WMW/LIB)<br><br>**ORDER ADOPTING REPORT<br>AND RECOMMENDATION** |

This matter is before the Court on the June 26, 2018 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (Dkt. 15.) Because no objections have been filed, this Court reviews the Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the Report and Recommendation, the Court finds no clear error.

Based on the Report and Recommendation and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

    1.     The June 26, 2018 Report and Recommendation, (Dkt. 15), is **ADOPTED**.

    2.     Plaintiff Kevin Jack Hendrickson's motion for summary judgment, (Dkt. 10), is **DENIED**.

    3.     Defendant Nancy Berryhill's motion for summary judgment, (Dkt. 12), is **GRANTED**.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 13, 2018                                s/Wilhelmina M. Wright
                                                               Wilhelmina M. Wright
                                                               United States District Judge